**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO F. NAVARRO RAMIREZ,  )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     v.                          )<br>                                 )<br>CAROLYN W. COLVIN, Acting       )<br>Commissioner, Social Security  )<br>Administration,                  )<br>                                 )<br>          Defendant.             )<br>_____) | No.  CV 14-1481-CW<br><br>JUDGMENT |

   **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED:  November 26, 2014

                                    /s/ Carla M. Woehrle
                                    _____
                                      CARLA M. WOEHRLE
                                    United States Magistrate Judge